# ELECTRONIC RECORD

COA #   02-14-00059-CR     OFFENSE:   49.04

STYLE:   Kevin Dean Dunn v. The State of Texas     COUNTY:   Tarrant

COA DISPOSITION:   AFFIRMED     TRIAL COURT:   County Criminal Court No. 1

DATE: 05/21/15     Publish: YES   TC CASE #:   1298839

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Kevin Dean Dunn v. The State of Texas     CCA #:   **1012-15**

_____APPELLANT'S_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

RE FUSED     JUDGE: _____

DATE: 11/04/2015     SIGNED: _____     PC: _____

JUDGE: /s/ Curian     PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**